# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO.: 6:25-cv-00386

AJAY SURESH,

        Plaintiff,

v.

SPACED VENTURES INC. DBA MACH33 SECURITIES,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff AJAY SURESH by and through his undersigned counsel, brings this Complaint against Defendant SPACED VENTURES INC. DBA MACH33 SECURITIES for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff AJAY SURESH ("Suresh") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Suresh's original copyrighted Work of authorship.

2. Suresh is an experienced, self-taught photographer, who has been capturing street and travel photographs for more than five years. He uses Olympus lenses and cameras for his work.

3.   Defendant SPACED VENTURES INC. DBA MACH33 SECURITIES ("SPI") is a financial investment firm dedicated exclusively to space. At all times relevant herein, SPI owned and operated the internet website located at the URL https://www.33fg.com/ (the "Website").

4.   Suresh alleges that Defendant copied Suresh's copyrighted Work from the internet in order to advertise, market and promote its business activities.  SPI committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the SPI's business.

## JURISDICTION AND VENUE

5.   This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.   This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.   Defendant is subject to personal jurisdiction in Florida.

8.   Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, SPI engaged in infringement in this district, SPI resides in this district, and SPI is subject to personal jurisdiction in this district.

## DEFENDANT

9.   Spaced Ventures Inc. dba MACH33 Securities is a Delaware Corporation, registered to do business in Florida, with its principal place of business at 865 Carambola Drive, Merritt Island, Florida, 32952, and can be served by serving

its Registered Agent, REGISTERED AGENTS INC, at 7901 4th Street North, Suite 300, St Petersburg, Florida 33702.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2019, Suresh created the photograph entitled "Morgan Stanley Headquarters," which is shown below and referred to herein as the "Work".



11. Suresh registered the Work with the Register of Copyrights on July 29, 2019, and was assigned registration number VA 2-164-937. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Suresh's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Suresh was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY SPI

14. SPI has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, SPI copied the Work.

16. On or about April 22, 2023, Suresh discovered the unauthorized use of his Work on the Website, to inform to their Facebook followers, "Morgan Stanley estimates that the Global Space Industry could generate more than $1 trillion or more in 2040, up from $350 billion. It also has a compound annual growth rate (CAGR) of 6.37%."

17. SPI copied Suresh's copyrighted Work without Suresh's permission.

18. After SPI copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its financial business activities.

19. SPI copied and distributed Suresh's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Suresh's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. SPI committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Suresh never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Suresh notified SPI of the allegations set forth herein on April 18, 2024 and May 08, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## **COPYRIGHT INFRINGEMENT**

24. Suresh incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Suresh owns a valid copyright in the Work at issue in this case.

26. Suresh registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. SPI copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Suresh's authorization in violation of 17 U.S.C. § 501.

28. SPI performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Suresh has been damaged.

31. The harm caused to Suresh has been irreparable.

## COUNT II
## **ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION**

32. Suresh incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

33. The Work at issue in this case contains false copyright management information ("CMI").

34. SPI knowingly and with the intent to enable or facilitate copyright infringement, added CMI, in the form of adding text to the Work at issue in this action in violation of 17 U.S.C. § 1202(a).

35. SPI committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Suresh's rights in the Work at issue in this action protected under the Copyright Act.

36. SPI caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Suresh's rights in the Work at issue in this action protected under the Copyright Act.

37. SPI applied it own false CMI upon the Work.

38. After applying the false CMI to the Work, SPI published the Work in violation of 17 U.S.C. § 1202(a).

39. Suresh has been damaged.

40. The harm caused to Suresh has been irreparable.

WHEREFORE, the Plaintiff AJAY SURESH prays for judgment against the Defendant SPACED VENTURES INC. DBA MACH33 SECURITIES that:

a. SPI and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. SPI be required to pay Suresh his actual damages and Defendant's profits attributable to the infringement, or, at Suresh's election, statutory damages, as provided in 17 U.S.C. § 504

c. Suresh be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Suresh be awarded pre- and post-judgment interest; and

e. Suresh be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Suresh hereby demands a trial by jury of all issues so triable.

Dated: March 5, 2025                    Respectfully submitted,

*/s/ Sanje V. Lara*
SANJE V. LARA
Florida Bar Number: 1031680
sanje.lara@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
9100 S. Dadeland Boulevard
Suite 1500
Miami, FL 33156
786.743.0018 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Ajay Suresh*